UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,   Criminal No. 25-211 (DWF/ECW)

    Plaintiff,

v.   **ORDER**

Ruddell Alphonso Moore,

    Defendant.

This case came before the Court on today's date, November 14, 2025, for an arraignment and status conference. Prior to today's hearing, the Government moved to cancel the previously set trial date, for a new date certain, and to exclude time under the Speedy Trial Act. (Doc. No. 44.) The Court cancelled the trial set for December 1, 2025, but the motion otherwise remains pending. (Doc. No. 45.) At the hearing, Defendant was arraigned on the Superseding Indictment, waived the reading of the Superseding Indictment, and entered a plea of not guilty. Additionally, the parties agreed to a new trial date and discussed motion practice and Speedy Trial Act time exclusions.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting of such a continuance outweigh the best interests of the public and the Defendant in a speedy trial.

**IT IS HEREBY ORDERED** that:

1.  The Government's motion to cancel trial date, for a new date certain, and to exclude time under the Speedy Trial Act (Doc. No. [44]) is **GRANTED**.

2.  The trial in this matter shall be held on March 16, 2026 at 9:00 a.m., in Courtroom 7C, 7th Floor, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

3.  The pretrial conference shall be held on March 2, 2026 at 9:30 a.m. in Courtroom 7C, 7th Floor, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

4.  Counsel must adhere to the following schedule regarding the submission of trial documents:

    a.  All trial documents, including trial briefs, motions *in limine*, voir dire questions, proposed witness lists, proposed exhibit lists and proposed Jury Instructions shall be submitted, pursuant to the Electronic Case Filing Procedures for the District of Minnesota/Criminal and according to the directives of the Honorable Donovan W. Frank, no later than 4:00 p.m. on Friday February 20, 2026.  **Each motion *in limine* must be limited to one discrete issue.   If any of the motions *in limine* refer to a trial exhibit, the parties must provide the Court with a copy of that exhibit at the time of filing the motion, to assist the Court with its review of the motion.**

      b.      By the same date, proposed exhibit and witness lists, Jury Instructions, and voir dire questions (in Word format) shall be e-mailed to the chambers e-mail box (Frank_Chambers@mnd.uscourts.gov).

      c.      By the same date, counsel for the prosecution shall submit a copy of the indictment or information (in Word format) to the chambers e-mail box. (Frank_chambers@mnd.uscourts.gov).

      d.      Any responsive documents shall be filed no later than 12:00 p.m. on Wednesday, February 25, 2026.

5.      Two courtesy copies of all trial documents shall be contemporaneously provided to the Court.  The courtesy copies must be single-sided, three (3) hole-punched, collated and must include the NEF header from filing.  The paper copy should be tabbed for easy identification and, if voluminous, placed in labeled three-ring notebooks.

6.      Exhibits:

      a.      One courtesy copy of all trial exhibits, plus one electronic version of trial exhibits shall be provided to the Court by 12:00 p.m. on Wednesday, March 11, 2026.  In addition, the parties are directed to provide Judge Frank's Court Reporter with an electronic version of the trial exhibits.

      b.      All trial exhibits shall be pre-marked and as much as possible, in the sequence they will be offered, with Arabic numbers.  Each exhibit should also be marked with the case number.  Example:  Pltf. or Deft. #1 and case # (Multiple parties list name, e.g., Pltf. Smith #1).  Each party starts with Exhibit #1.

   c. Additionally, the parties may wish to consider organizing the paper copy by witness. This is generally helpful in trials with voluminous exhibits.

   d. Prior to closing arguments and jury deliberations, parties shall be responsible for placing all their admitted exhibits (that can be converted electronically) on a flash drive for the jury. The parties may consolidate exhibits jointly onto one flash drive. A court laptop will be provided to the jurors so they can view the electronic evidence.

   e. Immediately following trial, the parties are to e-mail Chambers a final exhibit list indicating only admitted exhibits in word format and provide the Court's Court Reporter a consolidated electronic version of all admitted trial exhibits.

  7. Please advise the Court's courtroom deputy immediately at 651-848-1296 if the case will not be going to trial.

  8. The period from November 7, 2025 through March 16, 2026, shall be excluded from the Speedy Trial Act computations in this case.

Dated: November 17, 2025    s/Donovan W. Frank
              DONOVAN W. FRANK
              United States District Judge