UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-211 (DWF/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **SECOND SUPERSEDING** |
| | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 18 U.S.C. § 924(e)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| RUDDELL ALPHONSO MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm – Armed Career Criminal)

On or about August 6, 2023, in the State and District of Minnesota, the defendant,

**RUDDELL ALPHONSO MOORE**,

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, and at least three of which were violent felonies committed on occasions different from one another, namely,

| Crime | Jurisdiction of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Aid and Abet Second Degree Assault | Hennepin Co. | 10/21/2005 |
| Felon in Possession of a Firearm | District of MN | 3/13/2007 |
| Aid and Abet First Degree Aggravated Robbery | Ramsey Co. | 4/13/2007 |
| Aid and Abet First Degree Aggravated Robbery | Hennepin Co. | 10/27/2008 |
| Third Degree Drug Sale | Hennepin Co. | 7/23/2013 |
| Felon in Possession of a Firearm | Washington Co. | 1/29/2018 |
| Theft of Motor Vehicle | Hennepin Co. | 3/16/2018 |

SCANNED
NOV 2 0 2025
U.S. DISTRICT COURT MPLS

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, FNH USA, LLC Model 509, 9mm handgun, bearing serial number GKS0010960, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## COUNT 2
(Felon in Possession of a Firearm – Armed Career Criminal)

On or about September 18, 2024, in the State and District of Minnesota, the defendant,

**RUDDELL ALPHONSO MOORE**,

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, and at least three of which were violent felonies committed on occasions different from one another, namely,

| Crime | Jurisdiction of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Aid and Abet Second Degree Assault | Hennepin Co. | 10/21/2005 |
| Felon in Possession of a Firearm | District of MN | 3/13/2007 |
| Aid and Abet First Degree Aggravated Robbery | Ramsey Co. | 4/13/2007 |
| Aid and Abet First Degree Aggravated Robbery | Hennepin Co. | 10/27/2008 |
| Third Degree Drug Sale | Hennepin Co. | 7/23/2013 |
| Felon in Possession of a Firearm | Washington Co. | 1/29/2018 |
| Theft of Motor Vehicle | Hennepin Co. | 3/16/2018 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign

commerce, a firearm, that is, a Ruger, model LCP II, .380 caliber semiautomatic pistol, bearing serial number 380058751, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## COUNT 3
(Felon in Possession of a Firearm – Armed Career Criminal)

On or about January 22, 2025, in the State and District of Minnesota, the defendant,

**RUDDELL ALPHONSO MOORE**,

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, and at least three of which were violent felonies committed on occasions different from one another, namely,

| Crime | Jurisdiction of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Aid and Abet Second Degree Assault | Hennepin Co. | 10/21/2005 |
| Felon in Possession of a Firearm | District of MN | 3/13/2007 |
| Aid and Abet First Degree Aggravated Robbery | Ramsey Co. | 4/13/2007 |
| Aid and Abet First Degree Aggravated Robbery | Hennepin Co. | 10/27/2008 |
| Third Degree Drug Sale | Hennepin Co. | 7/23/2013 |
| Felon in Possession of a Firearm | Washington Co. | 1/29/2018 |
| Theft of Motor Vehicle | Hennepin Co. | 3/16/2018 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, Kel Tec PMR-30 .22WMR caliber, semiautomatic pistol,

bearing serial number WW1260, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## FORFEITURE ALLEGATIONS

If convicted of Counts 1, 2 or 3 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories (including magazines) involved in, or used in the commission of, Count 1 or Count 2 including, but not limited to, a FNH USA, LLC Model 509, 9mm handgun, bearing serial number GKS0010960, a Ruger, model LCP II, .380 caliber semiautomatic pistol, bearing serial number 380058751 and a Kel Tec PMR-30 .22WMR caliber, semiautomatic pistol, bearing serial number WW 1260, and any ammunition and accessories seized therewith.

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY                FOREPERSON