UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,         Criminal No. 25-211 (DWF/ECW)

Plaintiff,

v.        **ORDER**

Ruddell Alphonso Moore,

Defendant.

This matter came before the Court on December 23, 2025, for a status conference. (Doc. No. 53.)  At the status conference, the Court heard arguments regarding Defendant Ruddell Alphonso Moore's request for substitute counsel.  (Doc. No. 51.)  Defense counsel and Defendant agreed that the relationship has irretrievably broken down.  Following the status conference, the Court consulted with the Federal Defender.  She supports appointing substitute counsel.

Based on the submissions of counsel and the Defendant and the comments of the Federal Defender, and consistent with the Court's comments from the bench at the status conference, **IT IS HEREBY ORDERED** that:

1. Defendant Ruddell Alphonso Moore's request for substitute counsel.  (Doc. No. [51].) is **GRANTED**.

2. This matter is referred to the Office of the Federal Defender for the appointment of new counsel.  New counsel shall update the Court on the status of this case within 30 days of their appointment.

3. The jury trial in this matter is currently set to begin on March 16, 2026. (*See* Doc. No. [48].) All trial dates and trial-related deadlines shall remain on the Court's calendar unless Defendant, in consultation with his new counsel, requests an extension and time exclusion under 18 U.S.C. § 3161(h)(7)(A).

Dated:  January 20, 2026                              s/Donovan W. Frank
                                                      DONOVAN W. FRANK
                                                      United States District Judge