UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 25-211 (DWF/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Ruddell Alphonso Moore, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Continue Trial Date and accompanying Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act.   (Doc. Nos. 56, 57.)   The Government has no objection to the motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting of such a continuance outweigh the best interests of the public and the Defendant in a speedy trial.

**IT IS HEREBY ORDERED** that:

1.   Defendant's motion to continue trial date (Doc. No. [56]) is **GRANTED**. The parties shall have until March 20, 2026, to file any motions or, alternatively, a letter indicating that no motions will be filed.   If any motions are filed, Magistrate Judge Elizabeth Cowan Wright will hear those motions and set the appropriate briefing schedule.   If no motions are filed, this matter will proceed to trial as outlined in the schedule below, absent any further continuances approved by the Court.

2. The trial in this matter shall be held on May 18, 2026 at 9:00 a.m., in Courtroom 7C, 7th Floor, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

3. The pretrial conference shall be held on May 11, 2026 at 9:30 a.m. in Courtroom 7C, 7th Floor, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

4. Counsel must adhere to the following schedule regarding the submission of trial documents:

a. All trial documents, including trial briefs, motions *in limine*, voir dire questions, proposed witness lists, proposed exhibit lists and proposed Jury Instructions shall be submitted, pursuant to the Electronic Case Filing Procedures for the District of Minnesota/Criminal and according to the directives of the Honorable Donovan W. Frank, no later than 4:00 p.m. on Friday May 1, 2026. **Each motion *in limine* must be limited to one discrete issue.   If any of the motions *in limine* refer to a trial exhibit, the parties must provide the Court with a copy of that exhibit at the time of filing the motion, to assist the Court with its review of the motion.**

b. By the same date, proposed exhibit and witness lists, Jury Instructions, and voir dire questions (in Word format) shall be e-mailed to the chambers e-mail box (Frank_Chambers@mnd.uscourts.gov).

  c. By the same date, counsel for the prosecution shall submit a copy of the indictment or information (in Word format) to the chambers e-mail box. (Frank_chambers@mnd.uscourts.gov).

  d. Any responsive documents shall be filed no later than 12:00 p.m. on Wednesday, May 6, 2026.

5. Two courtesy copies of all trial documents shall be contemporaneously provided to the Court.   The courtesy copies must be single-sided, three (3) hole-punched, collated and must include the NEF header from filing.   The paper copy should be tabbed for easy identification and, if voluminous, placed in labeled three-ring notebooks.

6. Exhibits:

  a. One courtesy copy of all trial exhibits, plus one electronic version of trial exhibits shall be provided to the Court by 12:00 p.m. on Friday, May 15, 2026.   In addition, the parties are directed to provide Judge Frank's Court Reporter with an electronic version of the trial exhibits.

  b. All trial exhibits shall be pre-marked and as much as possible, in the sequence they will be offered, with Arabic numbers.   Each exhibit should also be marked with the case number.   Example:   Pltf. or Deft. #1 and case # (Multiple parties list name, e.g., Pltf. Smith #1).   Each party starts with Exhibit #1.

  c. Additionally, the parties may wish to consider organizing the paper copy by witness.   This is generally helpful in trials with voluminous exhibits.

       d.      Prior to closing arguments and jury deliberations, parties shall be responsible for placing all their admitted exhibits (that can be converted electronically) on a flash drive for the jury. The parties may consolidate exhibits jointly onto one flash drive. A court laptop will be provided to the jurors so they can view the electronic evidence.

       e.      Immediately following trial, the parties are to e-mail Chambers a final exhibit list indicating only admitted exhibits in word format and provide the Court's Court Reporter a consolidated electronic version of all admitted trial exhibits.

7.      Please advise the Court's Courtroom Deputy immediately at 651-848-1296 if the case will not be going to trial.

8.      The period from February 13, 2026 through March 20, 2026, shall be excluded from the Speedy Trial Act computations in this case.

Dated:  February 19, 2026                 s/Donovan W. Frank
                                                DONOVAN W. FRANK
                                                United States District Judge